HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ANDREW MANOKOUNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:13-cr-00428 LJO-SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PERSONAL |
| | ) | PRESENCE;  ORDER THEREON |
| ANDREW MANOKOUNE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Andrew Manokoune, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

//

//

//

Defendant makes this request because he resides in San Diego, California and he wishes to minimize the time and expense involved in traveling to Fresno for non-substantive court hearings.

DATED: March 3, 2014          */s/ Andrew Manokoune*
                              ANDREW MANOKOUNE


DATED: March 3, 2014          */s/ ERIC V. KERSTEN*
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              Andrew Manokoune

# O R D E R

Good cause appearing, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings pursuant to Fed. R. Crim. P. 43(b)(3) until further order of the court.

IT IS SO ORDERED.

Dated:  **March 3, 2014**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE