HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
Andrew Manokoune

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00428 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO VACATE TRIAL AND SET FOR ANTICIPATED CHANGE OF PLEA** |
| vs. | ) ) | |
| ANDREW MANOKOUNE, | ) ) | Date:  May 4, 2015 |
| Defendant. | ) ) ) | Time:  8:30 a.m. Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the trial currently scheduled for May 5, 2015**, **may be vacated, and the matter may be set for an anticipated change of plea on May 4, 2015 at 8:30 a.m.,** or the soonest date thereafter that is convenient to the court.

The parties have been actively engaged in plea negotiations and are very close to an agreement that will eliminate the need for trial. While a few details need to be resolved, the parties anticipate that an agreement will be reached.  Unfortunately, the attorney for the government suffered a serious personal loss, which will complicate efforts to finalize the negotiations. It is requested that the trial date be vacated to allow the negotiations to conclude without the added stress of trial preparation.

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for effective defense investigation and preparation, and for continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                          BENJAMIN B. WAGNER  
                                          United States Attorney

DATED: April 22, 2015                By    */s/ Laurel J. Montoya*  
                                                    LAUREL J. MONTOYA  
                                                    Assistant United States Attorney  
                                                    Attorneys for Plaintiff

                                          HEATHER E. WILLIAMS  
                                          Federal Defender

DATED: April 22, 2015                By    */s/ Eric V. Kersten*  
                                                    ERIC V. KERSTEN  
                                                    Assistant Federal Defender  
                                                    Attorneys for Defendant  
                                                    Andrew Manokoune

## ORDER

**Ordinarily this Court does not vacate a trial until the actual change of plea has been taken. The Court will allow an exception in this case due to the personal loss of the AUSA assigned to this case.** The Trial scheduled for May 5, 2015 is vacated. A status conference for an anticipated change of plea is scheduled for May 4, 2015 at 8:30 a.m. Time is excluded for the requested good cause.

IT IS SO ORDERED.

   Dated:   **April 23, 2015**                    **/s/ Lawrence J. O'Neill**  
                                                          UNITED STATES DISTRICT JUDGE