HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANDREW MANOKOUNE

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>    v.<br><br>ANDREW MANOKOUNE,<br><br>        *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:13-cr-00428 LJO-SKO-1<br><br>STIPULATION AND<br>ORDER TO CONTINUE SENTENCING<br><br>DATE:        September 14, 2015<br>TIME:        8:30 a.m.<br>JUDGE:    Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their

respective counsel that **the sentencing hearing currently scheduled for August 10, 2015, may**

**be continued to September 14, 2015 at 8:30 a.m.,** or the soonest date thereafter that is

convenient to the court.

The defendant resides in the San Diego area and has not yet completed his presentence

interview with the United States Probation Office. He is also scheduling meetings with other

agencies, the results of which may affect his recommended sentence. The parties are requesting

that sentencing be continued to allow for completion of these matters prior to sentencing.

Defense counsel has spoken to the United States Probation Office and they are in agreement with

the request.

/ / /

The parties agree that the delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED:  June 26, 2015                    By    */s/ Laurel J. Montoya*
                                                LAUREL J. MONTOYA
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  June 26, 2015                    By    */s/ Eric V. Kersten*
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                ANDREW MANOKOUNE

## ORDER

The sentencing hearing scheduled for August 10, 2015 is continued to September 14, 2015 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **June 29, 2015**                   **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE