HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ANDREW MANOKOUNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00428 LJO |
| Plaintiff, | STIPULATION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | Judge: Hon. Lawrence J. O'Neill |
| ANDREW MANOKOUNE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, that Andrew Manokune's term of supervised release may be terminated and he may be discharged from supervision forthwith. The United States Probation Office has no objection to this request.

Title 18 U.S.C. §3583(e)(1) grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervised release, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1 (c)[1], provided the court is satisfied

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

1   that such action is warranted by the conduct of the defendant and the interest of justice.

2         On May 18, 2015, Mr. Manokoune pled guilty to conspiracy to manufacture 50 or more marijuana plants. He had no prior criminal history. On September 14, 2015, Manokoune was sentenced to 53 days custody with credit for time served; and a 36-month term of supervised release with a condition that he complete 10 months home detention. Mr. Manokoune has completed all but nine months of his 36-month term of supervised release.

        Prior to sentencing Mr. Manokoune was supervised by Pretrial Services. His release conditions required Manokoune to participate in substance abuse treatment and submit to regular testing. Mr. Manokoune successfully completed his treatment, consistently tested clean, and performed flawlessly under pretrial supervision for 19 months.

        Since being sentenced Mr. Manokoune has been on courtesy supervision in the Southern District of California. He has successfully completed his home detention, continued to test clean, maintained full time employment, and consistently complied with all conditions of his supervised release. Based on Manokoune's excellent compliance with his conditions of supervised release, USPO Lissa Williams, Manokoune's supervising probation office in the Southern District of California, has no objection to this request for early termination of supervision. In addition, USPO Tim Mechem has advised that the United States Probation Office for the Eastern District of California has no objection to this request for early termination of supervision.

        Based on the foregoing, the parties believe early termination of supervised release is warranted based on the conduct of Mr. Manokoune and the interest of justice.

//
//
//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: December 14, 2017   By: /s/ *Laurel J. Montoya*
                               LAUREL J. MONTOYA
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

                               HEATHER E. WILLIAMS
                               Federal Defender

DATED: December 14, 2017   By: /s/ *Eric V. Kersten*
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant
                               ANDREW MANOKOUNE

**O R D E R**

Andrew Manokoune is hereby discharged from supervised release.

IT IS SO ORDERED.

Dated:   **December 22, 2017**        /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE